**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile (212) 346-4668
lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
─────────────────────

September 15, 2025

Honorable Richard J. Sullivan
United States Circuit Judge
Second Circuit
40 Foley Square
New York, New York 10007

Re: *US v. Ferney Salas Torres*
Docket No. 18 Cr. 508 (RJS)

Dear Judge Sullivan:

  I was the attorney assigned to represent Mr. Salas Torres pursuant to the Criminal Justice Act both in district court and on appeal. He has contacted me and asked for assistance in requesting a reduction of sentence pursuant to Amendment 821 of the Sentencing Guidelines that eliminates the 2 point increase for the status of being on supervised release pursuant to U.S.S.G. § 4A1.1(d) and permits retroactive application if the new Guidelines is lower than the Guidelines at the time of sentence.[1]

  After 36 years on the CJA panel, I did not seek reappointment in 2022. However, I am CJA counsel for two pending cases in the district court, and have been appointed in 2023 and 2024 to two compassionate release cases for former clients and one on appeal in the Second Circuit. As prior counsel, I am most familiar with Mr. Salas Torres' background, the offense and the history of the case and have been in communication with him for other matters. Under the CJA Plan, your Honor has the discretion to assign counsel for this application and may appoint an attorney presently not on the panel for "extraordinary reasons." Should your Honor assign me, all that is necessary is a brief statement of reasons for my appointment. I would request that the appointment be dated nunc pro tunc for

---

 [1] He is not eligible for the 1 point increase required under the U.S.S.G. § 4A1.1(e), now redesignated as U.S.S.G. § 4A1.1(d).

1

September 10, 2025.

    If your Honor has any questions, I am available at your Honor's convenience. Thank your for your consideration of this matter.

Respectfully submitted,

/s/
Sam A. Schmidt

---

Because the Court previously denied Mr. Salas Torres's motion for a sentence reduction pursuant to Amendment 821 of the Sentencing Guidelines on March 3, 2025 (Doc. No. 130), the request is respectfully DENIED. The Court thanks Mr. Schmidt for his offer and for his years of service on the CJA panel.

SO ORDERED
September 15, 2025

                                  RICHARD J. SULLIVAN
                                  United States Circuit Judge
                                  Sitting by Designation